UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARIO J. REYES,

                Plaintiff,

    - against -

KAFANA LLC, et al.,

               Defendants.

22-cv-7550 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

The time to respond to the complaint is extended to ___1/13/23___. If the defendant fails to respond by that date, the plaintiff may move by order to show cause for a default judgment by ___1/27/23___. If the plaintiff fails to move for a default judgment by that date, the case will be dismissed without prejudice for failure to prosecute.

SO ORDERED.

Dated:    New York, New York
          December 19, 2022

                                          _____
                                              John G. Koeltl
                                       United States District Judge