```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
---

MARIO J. REYES,

      Plaintiff,

   - against -

KAFANA LLC,

      Defendant.

22-cv-7550 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

  The conference scheduled for **January 24, 2023 at 4:00 p.m.** is canceled.

SO ORDERED.

Dated: New York, New York
    January 19, 2023

             /s/ John G. Koeltl
             John G. Koeltl
          United States District Judge