UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MARIO J. REYES,

                Plaintiff,

- against -

KAFANA LLC, ET AL.,

                Defendants.

22-cv-7550(JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The parties are directed to file a Rule 26(f) report by **February 28, 2023.**

SO ORDERED.

Dated:    New York, New York
           February 13, 2023

                                      /s/ John G. Koeltl
                                      John G. Koeltl
                                      United States District Judge